SO ORDERED

David E. Peebles
U.S. Magistrate Judge
Dated: 8/11/10

Syracuse, New York

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

EDWARD CARR,

           Plaintiff,

-against-

DELAWARE & HUDSON RAILWAY
COMPANY, INC.,

           Defendant.

STIPULATION OF
DISCONTINUANCE

Civil Action No.: 08-CV-1302

TJM/DEP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, any and all claims against the defendant, and the same are hereby discontinued, with prejudice and on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 13, 2010

SCARZAFAVA &
BASDEKIS, LLP

By: _____
Attorneys for Plaintiff
48 Dietz Street, Suite C
Oneonta, New York 13820

McNAMEE, LOCHNER, TITUS
& WILLIAMS, P.C.

By: _____
Scott A. Barbour
Attorneys for Defendant
677 Broadway
P.O. Box 459
Albany, New York 12201-0459